PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE:                                                                                       CASE NO.: 21-42541-MXM-13

**BRIAN K TAYLOR**
    3220 MESETA
    GRAND PRAIRIE, TX 75054
    SSN/TIN: XXX-XX-3152

**DEBTOR**                                                                  **HEARING: FEBRUARY 17, 2022 AT 8:30 AM**

## TRUSTEE'S NOTICE OF INTENT TO
## CERTIFY CASE FOR DISMISSAL IN SEVEN DAYS FOR FAILURE TO ATTEND MEETING OF CREDITORS

THIS CASE MAY BE DISMISSED WITHOUT PREJUDICE, FURTHER NOTICE, OR A HEARING UNLESS THE DEFAULTS OR DEFICIENCIES IDENTIFIED BELOW ARE CURED IN SEVEN DAYS.

    After seven days from January 24, 2022, Trustee will certify this case for dismissal because Debtor Brian K Taylor did not attend the Section 341 Meeting of Creditors

## NOTICE OF HEARING

    If unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

                                                              Respectfully submitted,

                                   By:     /s/ Ethan S. Cartwright
                                            Ethan S. Cartwright, Staff Attorney
                                            Bar No. 24068273
                                            PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                            Bar No. 01344800
                                            7001 Blvd 26, Ste 150
                                            North Richland Hills, TX 76180
                                            (817) 916-4710 Phone
                                            (817) 916-4770 Fax

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                                   By:     /s/ Ethan S. Cartwright
                                            Ethan S. Cartwright

BRIAN K TAYLOR
3220 MESETA
GRAND PRAIRIE, TX 75054